UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUGVIR INDER SINGH | CIVIL ACTION NO. 07-1483 |
| | |
| JUGVIR INDER SINGH | JUDGE _____ |
| **PLAINTIFFS** | |
| | |
| **VERSUS** | |
| **COMMONWEALTH OF AUSTRALIA** | |
| **UNION OF INDIA** | |
| **UNITED NATIONS** | |
| | |
| And John Does 1-99 | |
| **DEFENDANTS** | |

## MOTION FOR CM/ ECF PASSWORD

COMES now the plaintiff's make application to the court to obtain CM/ ECF PASSWORD states the following:

Page 1 of 3