UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jugvir Inder Singh,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Commonwealth of Australia** *et al.***,**<br><br>**Defendants.** | Civil Action No. 07-1483 (JDB) |

# ORDER

The claims raised in the complaint in this action are substantially the same as those raised in the complaint in *Singh v. Commonwealth of Australia*, Civil Action No. 07-1170, which is pending before the undersigned judge. Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice as duplicative of the earlier filed Civil Action No. 07-1170. Plaintiff should proceed with his claims in that case.

                                                      s/
                                          JOHN D. BATES
                                  United States District Judge

Dated: August 21, 2007